1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  PARKER STANLEY
   Arizona State Bar No. 033276
4  Assistant U.S. Attorney
   123 N. San Francisco Street, Suite 410
5  Flagstaff, Arizona 86001
   Telephone: 602-514-7500
6  Email: parker.stanley@usdoj.gov
   Attorney for Plaintiff
7

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-8161-PCT-SPL (ESW) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 659 and 2 (Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet) Count 1 |
| Hugo Francisco Medina-Saenz, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On November 20, 2024, in the District of Arizona, and elsewhere, Defendant HUGO FRANCISCO MEDINA-SAENZ knowingly possessed goods and chattels, to wit: Nike Shoes, of a value in excess of $1000.00, which had been stolen from a BNSF train while moving in interstate commerce from California to Arizona, knowing the said goods and chattels to be stolen.

//

//

All in violation of Title 18, United State Code, Sections 659 and 2.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: December 10, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
PARKER STANLEY
Assistant U.S. Attorney